**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**DEBRA FREEMAN,**                                                      **PLAINTIFF,**

**VS.**                                                        **CIVIL ACTION NO. 1:06CV238-P-A**

**COMMISSIONER OF SOCIAL
SECURITY, MICHAEL J. ASTRUE,**                           **DEFENDANT.**

**FINAL JUDGMENT**

This matter comes before the court upon the Report and Recommendation [12] of the U.S. Magistrate Judge that this matter be dismissed without prejudice for failure to prosecute. After due consideration of the Report and Recommendation, the plaintiff's objections filed thereto, and the defendant's reply, the court finds that the U.S. Magistrate Judge's Report and Recommendation is well-taken.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The court adopts and incorporates herein the Report and Recommendation [12] of the U.S. Magistrate Judge; therefore,

(2) The plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b); and

(3) This case is **CLOSED**.

**SO ORDERED** this the 23rd day of July, A.D., 2007.

                                                                      /s/ W. Allen Pepper, Jr.
                                                                      W. ALLEN PEPPER, JR.
                                                                      UNITED STATES DISTRICT JUDGE